1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Nicole L. Drey (SBN 250235)
    *nicole@coombspc.com*
3   J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
4   Glendale, California 91206
    Telephone:    (818) 500-3200
5   Facsimile:    (818) 500-3201

6   Attorneys for Plaintiff Adobe
    Systems Incorporated
7

8

9                   UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

11   Adobe Systems Incorporated,           )   Case No. C09-1082 JSW
                                           )
12                          Plaintiff,      )   REQUEST TO CONTINUE CASE
             v.                            )   MANAGEMENT CONFERENCE
13                                          )
     Michael Copenhagen and Does 1 through 10, )
14   inclusive,                            )
                                           )
15                          Defendants.     )
     _____)

16

17        PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its

18   counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby requests as follows:

19        WHEREAS the Court set the Scheduling Conference in the above-captioned matter for

20   June 19, 2009, at 1:30 p.m.;

21        WHEREAS Defendant has not yet been served with Summons and Complaint;

22        WHEREAS Plaintiff is having difficulty locating Defendant for service and has tried

23   service at numerous locations;

24        WHEREAS Plaintiff anticipates filing within the next couple weeks an *Ex Parte*

25   Application for Leave to Take Immediate Discovery Prior to the Rule 26(f) Conference and

26   Request for Enlargement of Time Within Which to Effect Service of Process ("Application");

27        WHEREAS Plaintiff will then have to wait for the order on its Application;

28

1

2          WHEREAS Plaintiff will then subpoena various third-party service providers used by

3  Defendant in order to acquire additional addresses or information for service;

4          WHEREAS there have been no prior continuances requested by the Parties; and

5          NOW, THEREFORE, Plaintiff requests that the Case Management Conference in the above

6  captioned matter be continued until October 30, 2009, or a date thereafter acceptable to the Court.

7  Dated: June 11, 2009                        J. Andrew Coombs, A Professional Corp.

8

9  By: _____
                                             J. Andrew Coombs
                                             Nicole L. Drey

10                                           Attorneys for Plaintiff Adobe Systems Incorporated

11

12                                **[PROPOSED] ORDER**

13  PURSUANT TO REQUEST, IT IS SO ORDERED.

14  DATED:  June 12   , 2009

15

16  _____
    Jeffrey S. White
17  UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Adobe v. Copenhagen:  Request to Cont. CMC                - 2 -