1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 22
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8

9                  UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

11 | Adobe Systems Incorporated,                    ) Case No. C09-1082 JSW
12 |                                                )
   |                   Plaintiff,                   ) [PROPOSED] ORDER GRANTING
13 |                                                ) PLAINTIFFS' APPLICATION FOR
   |         v.                                     ) LEAVE TO TAKE IMMEDIATE
14 |                                                ) DISCOVERY PRIOR TO RULE 26(F)
   | Michael Copenhagen, and Does 1 – 10,           ) CONFERENCE AND REQUEST FOR
15 | inclusive,                                     ) ENLARGEMENT OF TIME WITHIN
   |                                                ) WHICH TO EFFECT SERVICE OF
16 |                   Defendants.                  ) PROCESS
   |                                                )

17

18     The Court has read and considered all papers filed in connection with Plaintiff's *Ex Parte*

19 Application for Leave to Take Immediate Discovery Prior to Rule 26(f) Conference and Request

20 for Enlargement of Time Within Which to Effect Service of Process ("the Application").

21     IT IS HEREBY ORDERED that the Application is granted.

22     IT IS FURTHER ORDERED that Plaintiff may serve immediate discovery on PayPal, Inc.

23 ("PayPal"), eBay, Inc. ("eBay"), and Yahoo! Inc. ("Yahoo") by serving Fed. R. Civ. P. 45

24 subpoenas, which seek information sufficient to conclusively identify and locate Michael

25 Copenhagen ("Defendant") doing business as "sonic-boom19," whose email address is

26 sonicboom1963@yahoo.com, including names, addresses, telephone numbers, identity of the

27 Defendant's financial institution(s), and other email address(es) for the Defendant. Should Plaintiff

28

Adobe v. Copenhagen: [Proposed] Order Granting Ex Parte      - 1 -
App. For Expedited Disc.

fail to learn the identities, whereabouts, or legal status of Defendant from the service of these subpoenas, Plaintiff may serve additional subpoenas seeking the same information upon other persons or entities revealed by the limited discovery from the three entities described above.

If PayPal, eBay, Yahoo, or any subsequent necessary entity served wish to file a motion to quash the subpoenas or to serve objections, they must do so before the return date of the subpoenas, which shall be no less than twenty-one (21) days from the date of service of the subpoenas. Among other things, PayPal, eBay, Yahoo, or any subsequent necessary entity served may use this time to notify the subscribers in question.

PayPal, eBay, Yahoo, and any subsequent necessary entity served shall preserve any subpoenaed information or materials pending compliance with the subpoenas or resolution of any timely objection or motion to quash.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of this order on PayPal, eBay, Yahoo, and any subsequent necessary entity when it serves the subpoenas.

IT IS FURTHER ORDERED that any information disclosed to Plaintiff in response to the Fed. R. Civ. P. 45 subpoenas may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights under the Copyright Act.

IT IS FURTHER ORDERED THAT Plaintiff shall have a ninety (90) day enlargement of time within which to serve Defendant with Summons and Complaint, and in no event later than October 7, 2009.

Dated: July 13, 2009

_____
Magistrate Judge, United States District Court for the
Northern District of California

Presented By:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff
Adobe Systems Incorporated

Adobe v. Copenhagen: [Proposed] Order Granting Ex Parte App.   - 2 -
For Expedited Disc.