J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, ) | Case No. C09-1082 JSW |
| ) | |
| Plaintiff, ) | REQUEST TO CONTINUE CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| Michael Copenhagen, Moayed Daoud a/k/a ) | |
| Moyid David and Does 2 through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby requests as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter for October 30, 2009, at 1:30 p.m.;

WHEREAS Plaintiff filed an *Ex Parte* Application for Leave to Take Immediate Discovery Prior to the Rule 26(f) Conference and Request for Enlargement of Time Within Which to Effect Service of Process ("Application") on or about July 9, 2009;

WHEREAS the Court granted Plaintiff's Application on or about July 13, 2009;

WHEREAS Plaintiff has learned, pursuant to its expedited discovery, that the bank account used to perpetrate the actions alleged in the Complaint is owned by Moayed Daoud a/k/a Moyid David ("David");

Adobe v. Copenhagen, et al.: Request to Cont. CMC - 1 -

WHEREAS Plaintiff filed its First Amended Complaint, adding David, on or about October 7, 2009;

WHEREAS Plaintiff has not yet been able to effect service on David;

WHEREAS the deadline to effect service upon David, pursuant to Fed. R. Civ. P. 4(m), is February 4, 2010; and

NOW, THEREFORE, Plaintiff requests that the Case Management Conference in the above captioned matter be continued until February 26, 2010, or a date thereafter acceptable to the Court, to allow sufficient time to serve David and for him to respond.

Dated: October 26, 2009         J. Andrew Coombs, A Professional Corp.

By: ___/s/ Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.
DATED: October 26, 2009

The case management conference is continued to February 26, 2010 at 1:30 p.m. The parties case management statement shall be due on or before February 19, 2010.

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE

Adobe v. Copenhagen, et al.: Request to Cont. CMC         - 2 -